IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT LOUIS CLARK, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00005-MTT-AGH |
| | * |
| KENNETH COWENS, | |
| | * |
| Defendant. | |
| _____ | * |

# JUDGMENT

Pursuant to this Court's Order dated September 19, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 20th day of September, 2024.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk